```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

Giang Van Doan

    v.                                                    Case No. 23-cv-183-LM-AJ

FCI Berlin, Warden


<u>ORDER</u>


    No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated February 21, 2024 . "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" <u>School Union No. 37 v. United Nat'l Ins. Co.</u>, 617 F.3d 554, 564 (1st Cir. 2010) (<u>quoting</u> <u>Keating v. Secretary of Health & Human Servs.</u>, 848 F.2d 271, 275 (1st Cir.1988)); <u>see</u> <u>also</u> <u>United States v. Valencia-Copete</u>, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

    Respondents' motion for summary judgment (Doc. No. 5) on the FSA time credit claim is granted, leaving for further proceedings Petitioner's claims challenging his ICE detainer, which are not addressed in the summary judgment motion. Respondents must file a (second) motion for summary judgment addressing the ICE detainer

claims within 30 days.

_____
Landya B. McCafferty
United States District Judge

Date: March 13, 2024

cc: Giang Van Doan, pro se
    Counsel of Record