UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Giang Van Doan

    v.                                              Case No. 23-cv-183-LM-AJ

FCI Berlin, Warden

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated February 24, 2025.

The respondents' motion for summary judgment is granted. The clerk shall enter judgment and close the case.

_____
Landya B. McCafferty
United States District Judge

Date: March 31, 2025

cc:    Giang Van Doan, pro se
       Counsel of Record